DANIEL J. BRODERICK, Bar #89424
Federal Defender
MARC DAYS, CA Bar #184098
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JESUS GARCIA-GONZALEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 1:07-cr-00165 LJO |
| ) | |
| Plaintiff, ) | STIPULATION TO CONTINUE STATUS |
| ) | CONFERENCE HEARING; AND ORDER |
| v. ) | THEREON (Note Date Change from requested) |
| ) | |
| JESUS GARCIA-GONZALEZ, ) | Date: August 3, 2007 |
| ) | Time: 9:00 A.M. |
| Defendant. ) | Judge: Hon. Lawrence J. O'Neill |
| ) | |

   **IT IS HEREBY STIPULATED**, by and between the parties hereto, and through their respective attorneys of record herein, that the status conference hearing in the above captioned matter now scheduled for July 9, 2007, **may be continued to August 10, 2007 at 9:00 a.m.**

   This continuance is requested by counsel for the defendant to allow additional time for defense preparation and further investigation prior to hearing. Specifically, the continuance will allow time for the parties to receive a report from probation, the government to make an offer to defendant, and defendant an opportunity to consider the government's offer, and will conserve time and resources for both counsel and the court.

///

///

///

1  The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

                                        McGREGOR M. SCOTT
                                        United States Attorney

DATED: July 2, 2007                    By  /s/ Kathleen A. Servatius
                                        KATHLEEN A. SERVATIUS
                                        Assistant United States Attorney
                                        Attorney for Plaintiff

                                        DANIEL J. BRODERICK
                                        Federal Defender

DATED: July 2, 2007                    By  /s/ Marc Days
                                        MARC DAYS
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        JESUS GARCIA-GONZALEZ

**ORDER**

Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv). However, at the last status hearing, representations were made that the amount of time from that date to the next scheduled status conference was sufficient to accomplish what is now being requested. August 10, 2007 is not available on calendar. The motion to continue is granted, but to August 3, 2007 at 9 a.m. instead of the date requested. On that date, if a change of plea can not be accomplished, a trial date will be chosen.
IT IS SO ORDERED.

**Dated:   July 3, 2007**                      **/s/ Lawrence J. O'Neill**
                                             UNITED STATES DISTRICT JUDGE